IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Gobus,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Liberty Life Assurance Company of Boston, et al.,<br><br>　　　　Defendants. | No. CV-16-02092-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation of Dismissal with Prejudice (Doc. 33), filed on May 11, 2017,

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 33) and dismissing this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

**Dated** this 11th day of May, 2017.

　　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　United States District Judge